1
2
3
4                   UNITED STATES  DISTRICT COURT
5                    Northern District of California
6
7    CINDY BISHOP,                           No. C 12-2557 MEJ
8                    Plaintiff,              **ORDER TO SHOW CAUSE**
9         v.
10   MAZDA MOTOR OF AMERICA INC, et al.,
11                   Defendants.
     _____/
12
13           On July 6, 2012, the Defendant(s) in the above-captioned matter filed a motion to dismiss,

14   with a noticed hearing date of August 30, 2012.  Dkt. No. 4.  However, Plaintiff failed to file an

15   opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 30

16   hearing and ORDERS Plaintiff Cindy Bishop to show cause why this case should not be dismissed

17   for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration

18   by August 16, 2012.  If Plaintiff files a responsive declaration, the Court shall either issue an order

19   based on the declaration or conduct a hearing on August 30, 2012 at 10:00 a.m. in Courtroom B,

20   15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Plaintiff is hereby informed that

21   the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading.

22   Thus, it is imperative that Plaintiff file a written response by the deadline above.  The August 23,

23   2012 Case Management Conference and related deadlines are also vacated.

24           **IT IS SO ORDERED.**

25
26   Dated: July 26, 2012
27                                           _____
                                             Maria-Elena James
28                                           Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CINDY BISHOP,                                       No. C 12-02557 MEJ

                      Plaintiff(s),                 **CERTIFICATE OF SERVICE**

        v.

MAZDA MOTOR OF AMERICA INC,

                      Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on July 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.


Cindy Bishop
8 Ch du Vent Blanc
1223 Colony
GE, Switzerland


Dated: July 26, 2012

                                            Richard W. Wieking, Clerk
                                            By: Rose Maher, Deputy Clerk

2