UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CINDY BISHOP,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MAZDA MOTOR OF AMERICA INC, et al.,<br><br>　　　　　　　　Defendants.<br>_____/ | No. C 12-2557 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On July 6, 2012, the Defendant(s) in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of August 30, 2012. Dkt. No. 4. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 30 hearing and ORDERS Plaintiff Cindy Bishop to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 16, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on August 30, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above. The August 23, 2012 Case Management Conference and related deadlines are also vacated.

**IT IS SO ORDERED.**

Dated: July 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY BISHOP,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br><br>MAZDA MOTOR OF AMERICA INC,<br><br>　　　　　　Defendant(s). | No. C 12-02557 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cindy Bishop
8 Ch du Vent Blanc
1223 Colony
GE, Switzerland

Dated: July 26, 2012

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Rose Maher, Deputy Clerk

2