United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY BISHOP, | No. C-12-2557 EMC |
| Plaintiff, | |
| v. | **ORDER REMANDING CASE TO STATE COURT** |
| MAZDA MOTOR OF AMERICA, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

This case was originally filed in San Mateo County Superior Court on September 26, 2011, and was removed to federal court by Defendant FBI on May 18, 2012. This Court dismissed Plaintiff's claims against Defendant FBI in an order dated November 1, 2012 (*see* Docket No. 29). At a case management conference on November 2, 2012, the remaining parties in this case stipulated that the matter should be remanded to state court.

Accordingly, this case is **REMANDED** to state court from which it was removed.

IT IS SO ORDERED.

Dated: November 5, 2012

_____
EDWARD M. CHEN
United States District Judge