UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY BISHOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAZDA MOTOR OF AMERICA, INC., *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-12-2557 EMC<br><br>**ORDER REMANDING CASE TO STATE COURT** |

　　This case was originally filed in San Mateo County Superior Court on September 26, 2011, and was removed to federal court by Defendant FBI on May 18, 2012.  This Court dismissed Plaintiff's claims against Defendant FBI in an order dated November 1, 2012 (*see* Docket No. 29).  At a case management conference on November 2, 2012, the remaining parties in this case stipulated that the matter should be remanded to state court.

　　Accordingly, this case is **REMANDED** to state court from which it was removed.

　　IT IS SO ORDERED.

Dated: November 5, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge